# United States Court of Appeals for the Fifth Circuit

No. 24-30606
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 3, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Alphonse Bazile,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CR-34-1

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Alphonse Bazile appeals his conviction for possession of a firearm and ammunition by a convicted felon. He argues that his guilty plea—pursuant to a plea agreement with an appeal waiver—was not knowing, voluntary, and intelligent because he did not receive the effective assistance of counsel. Bazile's waiver of appeal specifically reserved the right to bring a claim of

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

ineffective assistance of counsel.  The Government's motion for dismissal based on the waiver is therefore DENIED.

The Government's alternative motion for summary affirmance is also DENIED.  However, a review of the record shows that Bazile's claim of ineffective assistance of counsel was not sufficiently developed in the district court for us to address it on direct appeal.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).  Thus, we AFFIRM the judgment of the district court without further briefing, *see United States v. Bailey*, 924 F.3d 1289, 1290 (5th Cir. 2019), and without prejudice to collateral review, *see Isgar*, 739 F.3d at 841.  The Government's alternative motion for an extension of time to file a brief, as well as Bazile's alternative motion for remand for a hearing on ineffective assistance of counsel, are DENIED as unnecessary.